

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THREE LEGGED MONKEY, L.P., JAMES MICHAEL ARMSTRONG, AND 2700 N. MESA, L.L.C., | § § § § § § § § § | No. 08-13-00189-CV |
| Appellants, | | Appeal from |
| v. | | 327th District Court |
| JOHN COOK, | | of El Paso County, Texas |
| Appellee. | | (TC # 2012-DCV-00099) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellants to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating